UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-14-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN M. BARTH, JR., | ) | |
| Defendant. | ) | |

This matter is before the court on the Motion for Access to Documents Filed Under Seal [DE-19] filed by movant Richard B. Spoor. Although not denominated as such, he seeks to intervene in this closed criminal case, and also asks the court to unseal the presentence report ("PSR") and sentencing memorandum in this action. Spoor seeks these documents as discovery in a state-court civil action he has brought against Defendant John M. Barth, Jr.

Defendant John M. Barth, Jr., and the Government are DIRECTED to file responses to the motion, if they so choose, within twenty-one days of this Order. The Clerk of Court is DIRECTED to resubmit the matter to the undersigned at that time.

SO ORDERED. This the 5 day of November, 2013.

James C. Fox
JAMES C. FOX
Senior United States District Judge